| | | | Amount | Amount |
|---|---|---|---|---|
| Date: 03/07/11 | DIVIDENDS REMITTED TO THE COURT 152011 | | | Page: |
| | Check Number 104 Dated 03/07/11 | | | |
| | Case Number 07-17499 - JANIS, WILLIAM G | | | |

152011

Date: 03/07/11      **DIVIDENDS REMITTED TO THE COURT**      Page:

Check Number 104 Dated 03/07/11
Case Number 07-17499 - JANIS, WILLIAM G

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Ohio Bureau Of Workers" Compensation** <br> **PO Box 15567** <br> **Columbus, Oh 43215-0567** <br> (49-1) Taxes - Bureau Of Workers" Compensation Premimus due pursuant to Ohio revised Code 4123.35 | 000049 | 1,232.68 | 2.67 ck 104 |
| ---------- Remittance Total --------------- | | 1,232.68 | 2.67 |

_signature_
RICHARD A. BAUMGART, Trustee

FILED 2011 MAR -9 PM 12:40
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 03/07/11 08:40 AM   Ver: 16.01c

07-17499-pmc    Doc 109    FILED 03/09/11    ENTERED 03/09/11 14:37:08    Page 1 of 1